In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-13-00478-CV

_____

## MELISSA KAY HATTON, Appellant

## V.

## BRADLEY WAYNE HATTON, Appellee

**On Appeal from the 1A District Court
Tyler County, Texas
Trial Cause No. 22390**

## MEMORANDUM OPINION

The appellant, Melissa Kay Hatton, filed a motion to dismiss this appeal. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Opinion Delivered February 13, 2014
Before McKeithen, C.J., Johnson and Kreger, JJ.

1